**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Dwayne STEPLIGHT, Defendant–Appellant.**

No. 03–6557.

United States Court of Appeals, Fourth Circuit.

Submitted June 12, 2003.

Decided June 19, 2003.

Dwayne Steplight, Appellant Pro Se. LeDora Knight, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Dwayne Steplight seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Steplight has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny

pursuant to 28 U.S.C. § 46(d).

Steplight's motion for a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*